UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAWRENCE K. HENDRICKSON,

    Plaintiff,

and

UNITED HEALTHCARE OF WISCONSIN, INC.

    Involuntary Plaintiff,

    v.      Case No. 17-C-1680

WAL-MART STORES INC.,
PARTNERS IN ARKANSAS GEN. MANITOWOC,
ABC INSURANCE COMPANY, and
DEF INSURANCE COMPANY,

    Defendants.

**ORDER**

This matter comes before the court on Defendant Wal-Mart Stores Inc.'s motion to compel, seeking Plaintiff Lawrence K. Hendrickson's initial disclosures, which were due on or before January 12, 2018, and responses to its discovery requests. On January 11, 2018, Wal-Mart served interrogatories and requests for production of documents upon Hendrickson. Wal-Mart contends that it has not received Hendrickson's initial disclosures or responses to either set of discovery requests, despite its attempts to confer with Hendrickson in an effort to resolve the matter without court action.

A party may file a motion to compel discovery, under Federal Rule of Civil Procedure 37, when another party fails to respond to interrogatories or requests for production of documents.

Plaintiff has not responded to the motion to compel, and the time to do so has now passed. Accordingly, Wal-Mart's motion to compel (ECF No. 13) is **GRANTED**. Hendrickson must provide his initial disclosures, his answers to Wal-Mart's second set of interrogatories, and his responses to the request for production of documents within **fourteen days** of the date of this order. Hendrickson's failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 37.

    **SO ORDERED** this   11th   day of June, 2018.

                                      s/ William C. Griesbach
                                      William C. Griesbach, Chief Judge
                                      United States District Court