UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAWRENCE K. HENDRICKSON,

      Plaintiff,

and

UNITED HEALTHCARE OF WISCONSIN, INC.

      Involuntary Plaintiff,

      v.              Case No. 17-C-1680

WAL-MART STORES INC.,
PARTNERS IN ARKANSAS GEN. MANITOWOC,
ABC INSURANCE COMPANY, and
DEF INSURANCE COMPANY,

      Defendants.

## AMENDED ORDER

On May 16, 2018, Defendant Wal-Mart Stores Inc. filed a motion to compel, seeking Plaintiff Lawrence K. Hendrickson's initial disclosures, which were due on or before January 12, 2018, and responses to its discovery requests. On January 11, 2018, Wal-Mart served interrogatories and requests for production of documents upon Hendrickson. In its motion, ECF [13], Wal-Mart contended it had not received Hendrickson's initial disclosures or responses to either set of discovery requests, despite its attempts to confer with Hendrickson in an effort to resolve the matter without court action.

The court granted Wal-Mart's motion on June 12, 2018, ECF [16], and ordered that Hendrickson provide his initial disclosures, his answers to Wal-Mart's second set of interrogatories,

and his responses to the request for production of documents. Wal-Mart subsequently filed a letter indicating that Hendrickson had, in fact, provided his initial disclosures in compliance with the court's scheduling order and requesting the court amend its order to direct plaintiff to produce only answers to Wal-Mart's second set of interrogatories and responses to the request for production of documents. The court's order, ECF No. [16], is hereby vacated and this amended order supersedes the original order.

A party may file a motion to compel discovery, under Federal Rule of Civil Procedure 37, when another party fails to respond to interrogatories or requests for production of documents. Plaintiff has not responded to the motion to compel, and the time to do so has now passed. Accordingly, Wal-Mart's motion to compel, ECF No. [13], is **GRANTED**. Hendrickson must provide his answers to Wal-Mart's second set of interrogatories and his responses to the request for production of documents on or before **June 26, 2018**. Hendrickson's failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 37.

**SO ORDERED** this   20th   day of June, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
